Case: **2:25−cv−02543**
Assigned To : **Norris, Mark S.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **5/27/2025**
Description: **Gale v. City of Memphis
et al**

Case 2:25-cv-02543-MSN-tmp    Document 1    Filed 05/27/25    Page 1 of 1    PageID 1